

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Redell Henry | Civil Action No. 12-cv-2009-MMA-KSC |
| Plaintiff, | |
| V. | |
| Matthew Cate | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Dismisses Petitioner's Petition for Writ of Habeas Corpus with prejudice. The Court Declines to issue a Certificate of Appealability.

Date:   5/23/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ V. Mosqueda
V. Mosqueda, Deputy